# UNITED STATES DISTRICT COURT
## District of Minnesota

Abdirahman Mohamed Abdi

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Mary De Anda Ybarra, Warden of Cibola County Correctional Center

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01342-NEB-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED IN PART and DENIED IN PART. Specifically, the Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;
   b. ENJOINS Respondents from denying release or other relief on the basis that Petitioner is subject to mandatory detention under § 1225(b)(2);
   c. ORDERS that, within **seven days**, Respondents must either provide Petitioner a bond hearing under 8 U.S.C. § 1226(a) or release Petitioner;
   d. ORDERS that if Respondents release Petitioner on bond, they must release Petitioner in Minnesota;
   e. ORDERS that if Respondents release Petitioner on bond, they must release Petitioner with all Petitioner's personal effects in

Respondents' possession, including all personal property seized during Petitioner's arrest such as, but not limited to, Petitioner's driver's license and identification, passport, immigration papers, cell phone, cash, and keys; and

f. ORDERS that, within **fourteen days**, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

2. The remainder of Petitioner's Petition is DENIED WITHOUT PREJUDICE.

Date: 2/15/2026

KATE M. FOGARTY, CLERK